# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMERIHOME MORTGAGE COMPANY, LLC

VERSUS

CHRISTOPHER MICHAEL CLAYTON

NO. 2026 CW 0610

JUNE 10, 2026

---

In Re: Franchesca Rich Brandon, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 722565.

---

BEFORE: WOLFE, HESTER, AND BALFOUR, JJ.

STAY DENIED; WRIT DENIED.

EW
CHH
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT